Lisa Tan, Esq. (SBN 228326)
RUSSAKOW, GREENE & TAN, LLP
800 E. Colorado Blvd., Suite 210
Pasadena, California 91101
Telephone: (626) 683-8869
Facsimile: (626) 683-8870
Email: ltan@rgt-law.com

Attorneys for Defendants, CENTURION ART DEVELOPMENT, LLC,
RUSSELL DWAYNE MASON
and LEON WANG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT COLORS DIGITAL, PTE. LTD., a Singapore private limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURION ART DEVELOPMENT, LLC, a Delaware limited liability company; RUSSELL DWAYNE MASON, an individual; and LEON GUOLIANG WANG, an individual,<br><br>Defendants. | CASE NO. 3:12-cv-00594 SC<br><br><br><br>STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT AGAINST LEON WANG |

RUSSAKOW, GREENE & TAN, LLP
800 E. Colorado Blvd., Suite 210
Pasadena, California 91101
(626) 683-8869

1  Plaintiff Brilliant Colors Digital, Pte. Ltd. and Defendant Leon Wang (hereinafter "Wang"), through their counsel of record, hereby stipulate as follows:

WHEREAS, on or about March 1, 2012, plaintiff filed its First Amended Complaint in the above-entitled action;

WHEREAS, Wang was effectively and personally served with the First Amended Complaint on March 8, 2012;

WHEREAS, Wang did not file a responsive pleading within the time to answer and/or otherwise respond to the First Amended Complaint;

WHEREAS, default against Wang was entered by the Clerk on or about May 1, 2012;

WHEREAS, Wang has since retained Russakow / Greene & Tan, LLP as his counsel in this action;

WHEREAS, Wang's counsel has met and conferred with Plaintiff's counsel and Plaintiff's counsel is agreeable to setting aside the default without a noticed motion provided that Wang files a responsive pleading to the First Amended Complaint within 15 days of the Court's approval of this stipulation; and

WHEREAS, Wang agrees to file an answer or other responsive motion within 15 days of the Court's approval of this stipulation.

[Remainder of Page Intentionally Left Blank]

IT IS HEREBY STIPULATED between Plaintiff and Defendant that the default against Wang be set aside and that Wang shall file an answer or other responsive pleading to the First Amended Complaint within 15 days of the Court's approval of this stipulation.

SO STIPULATED.

DATED: July 9, 2012     VALLE MAKOFF, LLP

By: /s/ Jeffrey T. Makoff
Jeffrey T. Makoff, Esq.
Heather A. Landis, Esq.
Attorneys for Plaintiff BRILLIANT COLORS DIGITAL, PTE. LTD.

DATED: July 9, 2012     RUSSAKOW / GREENE & TAN, LLP

By: /s/ Lisa Tan
Lisa Tan, Esq.
Attorneys for Defendants, CENTURION ART DEVELOPMENT, LLC, RUSSELL DWAYNE MASON, and LEON WANG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/10/12

By: _____
Honorable
United States

*IT IS SO ORDERED — Judge Samuel Conti*

RUSSAKOW, GREENE & TAN, LLP
800 E. Colorado Blvd., Suite 210
Pasadena, California 91101
(626) 683-8869