Lisa Tan, Esq. (SBN 228326)
RUSSAKOW, GREENE & TAN, LLP
800 E. Colorado Blvd., Suite 210
Pasadena, California 91101
Telephone:  (626) 683-8869
Facsimile:   (626) 683-8870
Email: ltan@rgt-law.com

Attorneys for Defendants, CENTURION ART DEVELOPMENT, LLC,
RUSSELL DWAYNE MASON
and LEON WANG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT COLORS DIGITAL, PTE. LTD., a Singapore private limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURION ART DEVELOPMENT, LLC, a Delaware limited liability company; RUSSELL DWAYNE MASON, an individual; and LEON GUOLIANG WANG, an individual,<br><br>Defendants. | CASE NO.  3:12-cv-00594 SC<br><br><br><br>STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT AGAINST LEON WANG |

1
STIPULATION AND [PROPOSED] ORDER

1  Plaintiff Brilliant Colors Digital, Pte. Ltd. and Defendant Leon Wang
2  (hereinafter "Wang"), through their counsel of record, hereby stipulate as follows:
3  WHEREAS, on or about March 1, 2012, plaintiff filed its First Amended
4  Complaint in the above-entitled action;
5  WHEREAS, Wang was effectively and personally served with the First
6  Amended Complaint on March 8, 2012;
7  WHEREAS, Wang did not file a responsive pleading within the time to
8  answer and/or otherwise respond to the First Amended Complaint;
9  WHEREAS, default against Wang was entered by the Clerk on or about May
10 1, 2012;
11 WHEREAS, Wang has since retained Russakow / Greene & Tan, LLP as his
12 counsel in this action;
13 WHEREAS, Wang's counsel has met and conferred with Plaintiff's counsel
14 and Plaintiff's counsel is agreeable to setting aside the default without a noticed
15 motion provided that Wang files a responsive pleading to the First Amended
16 Complaint within 15 days of the Court's approval of this stipulation; and
17 WHEREAS, Wang agrees to file an answer or other responsive motion within
18 15 days of the Court's approval of this stipulation.

[Remainder of Page Intentionally Left Blank]

1   IT IS HEREBY STIPULATED between Plaintiff and Defendant that the
2 default against Wang be set aside and that Wang shall file an answer or other
3 responsive pleading to the First Amended Complaint within 15 days of the Court's
4 approval of this stipulation.

6   SO STIPULATED.

8   DATED: July 9, 2012                    VALLE MAKOFF, LLP

                                    By:   /s/ Jeffrey T. Makoff
                                          Jeffrey T. Makoff, Esq.
                                          Heather A. Landis, Esq.
                                          Attorneys for Plaintiff BRILLIANT COLORS
                                          DIGITAL, PTE. LTD.

15  DATED: July 9, 2012                    RUSSAKOW / GREENE & TAN, LLP

                                    By:   /s/ Lisa Tan
                                          Lisa Tan, Esq.
                                          Attorneys for Defendants, CENTURION ART
                                          DEVELOPMENT, LLC, RUSSELL DWAYNE
                                          MASON, and LEON WANG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   7/10/12

                                    By:   _____
                                          Honorable [Samuel Conti]
                                          United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*

RUSSAKOW, GREENE & TAN, LLP
800 E. Colorado Blvd., Suite 210
Pasadena, California 91101
(626) 683-8869