| | |
|---|---|
| 1 | JEFFREY T. MAKOFF (SBN 120004) |
| 2 | HEATHER A. LANDIS (SBN 267615) |
| | MARIO R. NICHOLAS (SBN 273122) |
| 3 | VALLE MAKOFF LLP |
| | 2 Embarcadero Center, Suite 2370 |
| 4 | San Francisco, California 94111 |
| | Telephone:   (415) 986-8001 |
| 5 | Facsimile:   (415) 986-8003 |
| | Email:   jmakoff@vallemakoff.com |
| 6 |         hlandis@vallemakoff.com |
| |        mnicholas@vallemakoff.com |

Attorneys for Plaintiff
Brilliant Colors Digital, Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRILLIANT COLORS DIGITAL, PTE. LTD., | Case No. 3:12-CV-00594 SC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO VACATE PRE-TRIAL AND TRIAL DATES AND SET FURTHER CASE MANAGEMENT CONFERENCE** |
| CENTURION ART DEVELOPMENT, LLC; RUSSELL DWAYNE MASON; and LEON GUOLIANG WANG | |
| Defendants. | Complaint Filed: 02/06/2012 |
| | FAC Filed: 03/01/2012 |
| | Trial Date: 04/15/2013 |

(Note: [PROPOSED] appears struck through in the title.)

**STIPULATION AND [PROPOSED] ORDER TO VACATE PRE-TRIAL AND TRIAL DATES AND SET FURTHER CASE MANAGEMENT CONFERENCE; CASE NO. 3:12-CV-00594 SC**

1    Plaintiff Brilliant Colors Digital, Pte. Ltd. ("plaintiff") and defendants Centurion Art Development, LLC ("Centurion"), Leon Wang ("Wang") and Russell Dwayne Mason ("Mason") (Centurion, Wang and Mason, collectively, "defendants"), through their counsel of record, hereby submit this stipulation to vacate the pre-trial and trial dates set forth in the Court's Status Conference Order filed on July 27, 2012 and Clerk's Notice filed on January 8, 2013 and request a further Case Management Conference to reset those dates.

## STIPULATION

WHEREAS, the parties previously submitted a Case Management Statement and participated in a Case Management Conference on July 27, 2012, setting forth pre-trial and trial dates;

WHEREAS, on July 27, 2012 this Court issued a Status Conference Order, setting forth pre-trial and trial dates;

WHEREAS, on January 8, 2013 this Court issued a Clerk's Notice, rescheduling the pre-trial conference from April 12, 2013 to April 10, 2013;

WHEREAS, defendants Centurion and Mason intend to file for bankruptcy on or around March 20, 2013;

WHEREAS, defendant Wang is believed to be in China and is not responding to his attorney's communications regarding the upcoming trial date and pending bankruptcy;

WHEREAS, the parties do not want to expend unnecessary resources in trial preparation given the pending bankruptcy of defendants Centurion and Mason and the unresponsiveness of defendant Wang;

WHEREAS, the parties agree to vacate the current dates and set new pre-trial and trial dates in light of the circumstances;

IT IS HEREBY STIPULATED by and between the parties hereto that the pre-trial and trial dates set forth in the Status Conference Order and Clerk's Notice will be vacated, and a further Case Management Conference will be set during which the parties will

//

1

**STIPULATION AND [PROPOSED] ORDER TO VACATE PRE-TRIAL AND TRIAL DATES AND SET FURTHER CASE MANAGEMENT CONFERENCE; CASE NO. 3:12-CV-00594 SC**

propose a new schedule of dates.

Dated: March 15, 2013.

VALLE MAKOFF LLP

By: _/s/ *Heather A. Landis*_____
    Heather A. Landis
    Attorneys for Plaintiff
    Brilliant Colors Digital, Pte. Ltd.

Dated: March 15, 2013.

RUSSAKOW / GREENE & TAN, LLP

By: __/s/ *Lisa Tan*_____
    Lisa Tan
    Attorneys for Defendants
    Attorneys for Defendants, CENTURION ART DEVELOPMENT, LLC, RUSSELL DWAYNE MASON, and LEON WANG

## **ORDER**

Good cause appearing therefor, PUSRUANT TO STIPULATION, IT IS SO ORDERED that the pre-trial and trial dates set forth in the Case Management Conference Scheduling Order and Clerk's Notice are hereby vacated, and a further Case Management Conference is set for April 26, 2013, at 10:00 a.m.

DATED: 03/18/2013

_____
The Hon. *[signature]* Judge Samuel Conti

2

**STIPULATION AND [PROPOSED] ORDER TO VACATE PRE-TRIAL AND TRIAL DATES AND SET FURTHER CASE MANAGEMENT CONFERENCE; CASE NO. 3:12-CV-00594 SC**