1  JEFFREY T. MAKOFF (SBN 120004)
   HEATHER A. LANDIS (SBN 267615)
2  MARIO R. NICHOLAS (SBN 273122)
   VALLE MAKOFF LLP
3  2 Embarcadero Center, Suite 2370
   San Francisco, California 94111
4  Telephone:    (415) 986-8001
   Facsimile:    (415) 986-8003
5  Email:        jmakoff@vallemakoff.com
                 hlandis@vallemakoff.com
6                mnicholas@vallemakoff.com

7  Attorneys for Plaintiff
   Brilliant Colors Digital, Pte. Ltd.
8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  BRILLIANT COLORS DIGITAL, PTE. LTD.,        )   Case No. 3:12-CV-00594 SC
                                                )
15                        Plaintiff,            )   **STIPULATION AND
                                                )   [~~PROPOSED~~] ORDER TO
16            vs.                               )   EXTEND DEADLINE TO
                                                )   COMPLETE MEDIATION**
17  CENTURION ART DEVELOPMENT, LLC;             )
    RUSSELL DWAYNE MASON; and LEON              )   Complaint Filed: 02/06/2012
18  GUOLIANG WANG                               )   FAC Filed: 03/01/2012
                                                )
19                        Defendants.           )   Trial Date: 04/15/2013
                                                )
20                                              )
                                                )
21                                              )
                                                )
22                                              )
                                                )
23                                              )
                                                )
24                                              )
                                                )
25  _____ )

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO
COMPLETE MEDIATION; CASE NO. 3:12-CV-00594 SC**

1    Plaintiff Brilliant Colors Digital, Pte. Ltd. ("plaintiff") and defendants Centurion Art

2  Development, LLC ("Centurion"), Leon Wang ("Wang") and Russell Dwayne Mason

3  ("Mason") (Centurion, Wang and Mason, collectively, "defendants"), through their counsel

4  of record, hereby submit this stipulation to extend the deadline to complete mediation.

5                                    **STIPULATION**

6    WHEREAS, on February 11, 2012, the parties filed a Stipulation and Proposed

7  Order Selecting ADR Process;

8    WHEREAS, the parties agreed to hold a mediation by March 30, 2013;

9    WHEREAS, on February 12, 2012, the Court entered an Order approving the

10 parties' proposed mediation deadline;

11   WHEREAS, defendants Centurion and Mason intend to file for bankruptcy on or

12 around March 20, 2013;

13   WHEREAS, defendant Wang is believed to be in China and is not responding to his

14 attorney's communications regarding the case including participating in mediation;

15   WHEREAS on March 18, 2013, pursuant to stipulation the Court ordered that

16 all pre-trial and trial dates set forth in the Case Management Conference Scheduling Order

17 dated July 27, 2012 be vacated and set a Case Management Conference for April 26, 2013;

18   WHEREAS, the parties agree to extend the deadline for mediation in light of the

19 circumstances;

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO
COMPLETE MEDIATION; CASE NO. 3:12-CV-00594 SC**

IT IS HEREBY STIPULATED by and between the parties hereto that the March 30, 2013 deadline for mediation be extended 90 days to June 28, 2013.

Dated: March 21, 2013.            VALLE MAKOFF LLP

                                                     By:  /s/  Heather A. Landis
                                                            Heather A. Landis
                                                            Attorneys for Plaintiff
                                                            Brilliant Colors Digital, Pte. Ltd.


Dated: March 21, 2013.            RUSSAKOW / GREENE & TAN, LLP

                                                     By:   /s/ Lisa Tan
                                                            Lisa Tan
                                                            Attorneys for Defendants
                                                            Attorneys for Defendants, CENTURION
                                                            ART DEVELOPMENT, LLC, RUSSELL
                                                            DWAYNE MASON, and LEON WANG


<u>**ORDER**</u>

Good cause appearing therefor, PURSUANT TO STIPULATION, IT IS SO ORDERED that the mediation deadline set forth in the Stipulation and Order Selecting ADR Process dated February 12, 2013 is extended from March 30, 2013 to June 28, 2013.

DATED: _____03/22/2013_____        _____
                                                            The Honorable Samuel Conti
                                                            Judge Samuel Conti