1  JEFFREY T. MAKOFF (SBN 120004)
2  HEATHER A. LANDIS (SBN 267615)
   MARIO R. NICHOLAS (SBN 273122)
3  VALLE MAKOFF LLP
   2 Embarcadero Center, Suite 2370
4  San Francisco, California 94111
   Telephone:   (415) 986-8001
5  Facsimile:   (415) 986-8003
   Email:       jmakoff@vallemakoff.com
6                hlandis@vallemakoff.com
                 mnicholas@vallemakoff.com
7
   Attorneys for Plaintiff
8  Brilliant Colors Digital, Pte. Ltd.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  BRILLIANT COLORS DIGITAL, PTE. LTD.,    )    Case No. 3:12-CV-00594 SC
                                             )
15                  Plaintiff,               )    **STIPULATION AND
                                             )    [PROPOSED] ORDER TO
16          vs.                              )    EXTEND DEADLINE TO
                                             )    COMPLETE MEDIATION**
17  CENTURION ART DEVELOPMENT, LLC;          )
    RUSSELL DWAYNE MASON; and LEON           )    Complaint Filed: 02/06/2012
18  GUOLIANG WANG                            )    FAC Filed: 03/01/2012
                                             )
19                  Defendants.              )    Trial Date: 04/15/2013
                                             )
20                                           )
                                             )
21                                           )
                                             )
22                                           )
                                             )
23                                           )
                                             )
24                                           )
                                             )
25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO
COMPLETE MEDIATION; CASE NO. 3:12-CV-00594 SC**

Plaintiff Brilliant Colors Digital, Pte. Ltd. ("plaintiff") and defendants Centurion Art Development, LLC ("Centurion"), Leon Wang ("Wang") and Russell Dwayne Mason ("Mason") (Centurion, Wang and Mason, collectively, "defendants"), through their counsel of record, hereby submit this stipulation to extend the deadline to complete mediation.

**STIPULATION**

WHEREAS, on February 11, 2012, the parties filed a Stipulation and Proposed Order Selecting ADR Process;

WHEREAS, the parties agreed to hold a mediation by March 30, 2013;

WHEREAS, on February 12, 2012, the Court entered an Order approving the parties' proposed mediation deadline;

WHEREAS, defendants Centurion and Mason intend to file for bankruptcy on or around March 20, 2013;

WHEREAS, defendant Wang is believed to be in China and is not responding to his attorney's communications regarding the case including participating in mediation;

WHEREAS on March 18, 2013, pursuant to stipulation the Court ordered that all pre-trial and trial dates set forth in the Case Management Conference Scheduling Order dated July 27, 2012 be vacated and set a Case Management Conference for April 26, 2013;

WHEREAS, the parties agree to extend the deadline for mediation in light of the circumstances;

//
//
//
//
//
//
//
//
//

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION; CASE NO. 3:12-CV-00594 SC**

IT IS HEREBY STIPULATED by and between the parties hereto that the March 30, 2013 deadline for mediation be extended 90 days to June 28, 2013.

Dated: March 21, 2013.                VALLE MAKOFF LLP

                                      By:  /s/  Heather A. Landis_____
                                           Heather A. Landis
                                           Attorneys for Plaintiff
                                           Brilliant Colors Digital, Pte. Ltd.

Dated: March 21, 2013.                RUSSAKOW / GREENE & TAN, LLP

                                        By:  __/s/ Lisa Tan_____
                                           Lisa Tan
                                           Attorneys for Defendants
                                           Attorneys for Defendants, CENTURION ART DEVELOPMENT, LLC, RUSSELL DWAYNE MASON, and LEON WANG

### **ORDER**

Good cause appearing therefor, PURSUANT TO STIPULATION, IT IS SO ORDERED that the mediation deadline set forth in the Stipulation and Order Selecting ADR Process dated February 12, 2013 is extended from March 30, 2013 to June 28, 2013.

DATED: ____03/22/2013_____          _____
                                                                 The Honorable Samuel Conti