Lisa Tan, Esq. (SBN 228326)
RUSSAKOW, GREENE & TAN, LLP
800 E. Colorado Blvd., Suite 210
Pasadena, California 91101
Telephone:  (626) 683-8869
Facsimile:   (626) 683-8870
Email: ltan@rgt-law.com

Attorneys for Defendants, CENTURION ART DEVELOPMENT, LLC and RUSSELL DWAYNE MASON, and LEON WANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT COLORS DIGITAL, PTE. LTD., a Singapore private limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURION ART DEVELOPMENT, LLC, a Delaware limited liability company; RUSSELL DWAYNE MASON, an individual; and LEON GUOLIANG WANG, an individual,<br><br>Defendants. | Case No. 3:12-CV-00594 SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION<br><br>Complaint Filed: 02/06/2012<br>FAC Filed: 03/01/2012<br><br>Trial Date: 04/15/2013 |

Plaintiff Brilliant Colors Digital, Pte. Ltd. ("plaintiff") and defendants Centurion Art Development, LLC ("Centurion"), Leon Wang ("Wang") and Russell Dwayne Mason ("Mason") (Centurion, Wang and Mason, collectively, "defendants"), through their counsel of record, hereby submit this stipulation to extend the deadline to complete mediation.

## STIPULATION

WHEREAS, on February 11, 2013, the parties filed a Stipulation and Proposed Order Selecting ADR Process;

WHEREAS, the parties agreed to hold a mediation by March 30, 2013;

WHEREAS, on February 12, 2013, the Court entered an Order approving the parties' proposed mediation deadline;

WHEREAS, the Court previously extended the deadline to complete mediation to June 28, 2013;

WHEREAS, defendant Leon Wang is believed to be in China and is not responding to his attorney's communications regarding the case including participating in mediation;

WHEREAS, defendant Dwayne Mason initiated bankruptcy proceedings and the 2004 Exam is currently scheduled on June 21, 2013;

WHEREAS, defendant Centurion Art Development, LLC intends to initiate bankruptcy proceedings upon completion of defendant Dwayne Mason's bankruptcy proceeding;

WHEREAS, a Case Management Conference is currently scheduled for July 26, 2013;

WHEREAS, the parties agree to extend the deadline for mediation in light of the circumstances;

IT IS HEREBY STIPULATED by and between the parties hereto that the June 28, 2013 deadline for mediation be extended 45 days to August 12, 2013.

Dated: June 14, 2013.            VALLE MAKOFF LLP

                                 By:  /s/
                                      Brandon M. Carr
                                      Attorneys for Plaintiff
                                      Brilliant Colors Digital, Pte. Ltd.

Dated: June 14, 2013.            RUSSAKOW / GREENE & TAN, LLP

                                 By:  /s/
                                      Lisa Tan
                                      Attorneys for Defendants
                                      Attorneys for Defendants, CENTURION
                                      ART DEVELOPMENT, LLC, RUSSELL
                                      DWAYNE MASON, and LEON WANG

IT IS SO ORDERED
06/17/2013
Judge Samuel Conti

2
STIPULATION TO EXTEND MEDIATION COMPLETION DEADLINE; [PROPOSED] ORDER