JEFFREY T. MAKOFF (SBN 120004)
BRANDON M. CARR (SBN 280959)
VALLE MAKOFF LLP
2 Embarcadero Center, Suite 2370
San Francisco, California 94111
Telephone: (415) 986-8001
Facsimile: (415) 986-8003
Email: jmakoff@vallemakoff.com
bcarr@vallemakoff.com

Attorneys for Plaintiff
Brilliant Colors Digital, Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRILLIANT COLORS DIGITAL, PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CENTURION ART DEVELOPMENT, LLC; RUSSELL DWAYNE MASON; and LEON GUOLIANG WANG, <br><br> Defendants. | Case No. 3:12-CV-00594 SC <br><br> **STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS RUSSELL DWAYNE MASON WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Complaint Filed: 02/06/2012 <br> FAC Filed: 03/01/2012 <br><br> Trial Date: None Set |

**STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS RUSSELL DWAYNE MASON WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii);
CASE NO. 3:12-CV-00594 SC**

This Stipulation is entered into by and between Brilliant Colors Digital, Pte. Ltd. ("**Brilliant Colors**"), on the one hand, and Centurion Art Development, LLC ("**Centurion**"), Russell Dwayne Mason ("**Mason**"), and Leon Guoliang Wang ("**Wang**"), on the other hand, through their counsel of record.

WHEREAS, on February 6, 2012, Brilliant Colors filed claims for unlawful access to a computer system, conversion, misappropriation of trade secrets, breach of fiduciary duty and violation of California Business and Professions Code section 17200 against Centurion, Mason and Wang;

WHEREAS, on March 31, 2013, Mason filed a voluntary petition for Chapter 7 bankruptcy in the U.S. Bankruptcy Court for the District of Arizona;

WHEREAS, on August 13, 2013, the U.S. Bankruptcy Court for the District of Arizona issued its Discharge of Debtor for Mason. A true and correct copy of the Discharge of Debtor is attached hereto as Exhibit A; and

WHEREAS, this Stipulation does not resolve any of the claims currently pending in this action against individual defendants Centurion and Wang.

IT IS HEREBY STIPULATED THAT plaintiff and defendants Centurion, Mason and Wang and their counsel agree to voluntarily dismiss defendant Mason with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 22, 2013.                     VALLE MAKOFF LLP


                                            By:  /s/ Brandon M. Carr
                                                 Brandon M. Carr
                                                 Attorneys for Plaintiff
                                                 Brilliant ColorsDigital, Pte. Ltd.

Dated: August 22, 2013.                     RUSSAKOW / GREENE & TAN, LLP

                                            By:  /s/ Lisa Tan
                                                 Lisa Tan
                                                 Attorneys for Defendants
                                                 Centurion Art Development, LLC, Russell
                                                 Dwayne Mason and Leon Guoliang Wang

1
**STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS RUSSELL DWAYNE MASON WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii); CASE NO. 3:12-CV-00594 SC**

1  **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Russell Dwayne

3  Mason is dismissed with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4

5  DATED:  08/23/2013                              _____
                                                    The Honorable Samuel Conti
                                                    Judge Samuel Conti