1  JEFFREY T. MAKOFF (SBN 120004)
   BRANDON M. CARR (SBN 280959)
2  VALLE MAKOFF LLP
   2 Embarcadero Center, Suite 2370
3  San Francisco, California 94111
   Telephone:   (415) 986-8001
4  Facsimile:   (415) 986-8003
   Email:       jmakoff@vallemakoff.com
5               bcarr@vallemakoff.com
6
7  Attorneys for Plaintiff
   Brilliant Colors Digital, Pte. Ltd.
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                  SAN FRANCISCO DIVISION
12

13 | BRILLIANT COLORS DIGITAL, PTE. LTD., | Case No. 3:12-CV-00594 SC
14 | Plaintiff, |
15 | vs. | **STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS RUSSELL DWAYNE MASON WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii)**
16 | CENTURION ART DEVELOPMENT, LLC; RUSSELL DWAYNE MASON; and LEON GUOLIANG WANG, |
17 | |
18 | Defendants. | Complaint Filed: 02/06/2012
19 | | FAC Filed: 03/01/2012
20 | | Trial Date: None Set

---

**STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS RUSSELL DWAYNE MASON WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii);
CASE NO. 3:12-CV-00594 SC**

1  This Stipulation is entered into by and between Brilliant Colors Digital, Pte. Ltd.
2  ("**Brilliant Colors**"), on the one hand, and Centurion Art Development, LLC ("**Centurion**"),
3  Russell Dwayne Mason ("**Mason**"), and Leon Guoliang Wang ("**Wang**"), on the other hand,
4  through their counsel of record.
5  WHEREAS, on February 6, 2012, Brilliant Colors filed claims for unlawful access to a
6  computer system, conversion, misappropriation of trade secrets, breach of fiduciary duty and
7  violation of California Business and Professions Code section 17200 against Centurion, Mason
8  and Wang;
9  WHEREAS, on March 31, 2013, Mason filed a voluntary petition for Chapter 7
10 bankruptcy in the U.S. Bankruptcy Court for the District of Arizona;
11 WHEREAS, on August 13, 2013, the U.S. Bankruptcy Court for the District of Arizona
12 issued its Discharge of Debtor for Mason. A true and correct copy of the Discharge of Debtor
13 is attached hereto as Exhibit A; and
14 WHEREAS, this Stipulation does not resolve any of the claims currently pending in this
15 action against individual defendants Centurion and Wang.
16 IT IS HEREBY STIPULATED THAT plaintiff and defendants Centurion, Mason and
17 Wang and their counsel agree to voluntarily dismiss defendant Mason with prejudice, under
18 Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 22, 2013.            VALLE MAKOFF LLP

                                   By:  /s/ Brandon M. Carr
                                        Brandon M. Carr
                                        Attorneys for Plaintiff
                                        Brilliant ColorsDigital, Pte. Ltd.

Dated: August 22, 2013.            RUSSAKOW / GREENE & TAN, LLP

                                   By:  /s/ Lisa Tan
                                        Lisa Tan
                                        Attorneys for Defendants
                                        Centurion Art Development, LLC, Russell
                                        Dwayne Mason and Leon Guoliang Wang

1

**STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS RUSSELL
DWAYNE MASON WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii);
CASE NO. 3:12-CV-00594 SC**

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Russell Dwayne
3  Mason is dismissed with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4
5  DATED:  08/23/2013

_____
The Honorable Samuel Conti
Judge Samuel Conti